

# United States District Court
# Eastern District of California

| Deerpoint Group, Inc. | Case Number: 1:23-cv-01340-JLT-BAM |

Plaintiff(s)

V.

| GAR Bennett LLC, a Delaware limited liablity c |

APPLICATION FOR PRO HAC VICE AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Donald E. Lake, III hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant, GAR Bennett LLC

On 10/16/2000 (date), I was admitted to practice and presently in good standing in the United States District Court-Colorado District (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Deerpoint v. Agrigenix, Case No. 1:18-cv-00536-AWI-BAM, Filed on 7/22/2023 [Dkt. 198]; Order granted on 7/26/2022 [Dkt. 199].

Date: 10/20/2023    Signature of Applicant: /s/ Donald E. Lake

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Donald E. Lake, III |
| Law Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 1700 Lincoln Street |
| | Suite 4000 |
| City: | Denver   State: CO   Zip: 80203 |
| Phone Number w/Area Code: | (303) 861-7760 |
| City and State of Residence: | Denver, Colorado |
| Primary E-mail Address: | Tripp.Lake@lewisbrisbois.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Gary K. Brucker, Jr. |
| Law Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 550 West C Street |
| | Suite 1700 |
| City: | San Diego   State: CA   Zip: 92101 |
| Phone Number w/Area Code: | (619) 233-1006   Bar #: 238644 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **October 23, 2023**

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT